IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 11 CV 5540 |
| v. | ) ) | |
| ATTIX PHARMACEUTICAL USA, LLC, and JOHN DOES 1-10, | ) ) ) ) | Honorable Judge Gottschall Magistrate Judge Keys |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal this action with prejudice and without costs.

This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**

**GLEN ELLYN PHARMACY, INC.,**

s/Dulijaza Clark
By one of its attorneys
Daniel Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**ATTIX PHARMACEUTICAL USA, LLC,**

s/ David S. Almeida
By one of its attorneys
David S. Almeida
Sedgwick, LLP
One North Wacker Dr., Ste. 4200
Chicago, IL 60606
312-641-9050

## CERTIFICATE OF SERVICE

       I, Dulijaza Clark, certify that on January 5, 2012, I had a true and accurate copy of the foregoing document sent via Court's CM/ECF system to the parties named below:

**David S. Almeida**
Sedgwick LLP
One North Wacker Drive
Suite 4200
Chicago, IL 60606
312-641-9050
Fax: 312-641-9530
david.almeida@sedgwicklaw.com

                                                  s/ Dulijaza Clark
                                                  Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)