## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5540 | **DATE** | 1/9/2012 |
| **CASE TITLE** | Glen Ellyn Pharmacy Inc. Vs. Attix Pharmaceutical USA | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation to Dismiss [20], this case is dismissed with prejudice and without costs. All pending dates and/or motions are terminated as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|